# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BARRY RICE,

      Plaintiff,

vs.

DOLGENCORP, INC., DOLLAR
GENERAL PARTNERS, DOLGENCORP
OF NEW YORK, INC., and
DOLGENCORP OF TEXAS, INC.,

      Defendants.

Civil Action No. 2:10-cv-00627-GLL

FILED ELECTRONICALLY

## STIPULATION OF DISMISSAL

The parties file this joint stipulation with respect to the identity of the proper party

Defendant in this action. The parties stipulate that Dolgencorp, Inc.[1] was Plaintiff's employer

and is the proper party Defendant in this litigation. The parties jointly stipulate that Dolgencorp

of New York, Inc., Dolgencorp of Texas, Inc., and Dollar General Partners are no longer

defendants in this action. The parties stipulate that Plaintiff is not required to file an amended

complaint with this Court to indicate the identity of the proper party Defendant.

---

[1] Effective October 9, 2008, Dolgencorp, Inc. was converted to a limited liability company and is now Dolgencorp, LLC. Dolgencorp, LLC still operates the retail Dollar General stores in Pennsylvania. The parties stipulate that no amendment to the pleadings is required to reflect this change.

July 19, 2010                    Respectfully submitted,


/s/ C. Lance Gould                  /s/ Elizabeth Stroyd Windsor
C. Lance Gould (*pro hac*)          Elizabeth Stroyd Windsor, Esq. (PA ID 92010)
BEASLEY, ALLEN, CROW,               MORGAN, LEWIS & BOCKIUS LLP
METHVIN, PORTIS & MILLS, PC         One Oxford Centre
P.O. Box 4160                       301 Grant Street
Montgomery, AL 36103                Pittsburgh, PA 15219
Tel.: 334.269.2343                  Tel.: 412.560.3378
Fax: 334.954.7555                   Fax: 412.560.7001
                                    ewindsor@morganlewis.com

*Attorney for Plaintiff*            Joel S. Allen (*application forthcoming*)
                                    Melissa M. Hensley (*application forthcoming*)
                                    MORGAN, LEWIS & BOCKIUS LLP
                                    1717 Main Street, Suite 3200
                                    Dallas, Texas 75201
                                    Tel.: (214) 466-4000
                                    jallen@morganlewis.com
                                    melissa.hensley@morganlewis.com

                                    Allison N. Suflas (*application forthcoming*)
                                    1701 Market Street
                                    Philadelphia, PA 19103
                                    Tel.: 215.963.5752
                                    Fax: 215.963.5001
                                    asuflas@morganlewis.com

                                    *Attorneys for Defendants*

SO ORDERED this 19 day of July, 2010.

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

2